ANNA M. McCULLOUGH, as Administratrix, etc., Appellant, v. THE PENN-
SYLVANIA RAILROAD COMPANY, Respondent. — Judgment affirmed, with
costs. (See same case on former appeal reported at 176 App. Div. 900.)
All concurred, except Kruse, P. J., who dissented.

LENA R. OSTERHOUDT, Appellant, v. THE MOERLBACH BREWING COM-
PANY, Respondent. — Judgment of County Court reversed, with costs, and
judgment of Municipal Court affirmed, with costs. Held, that the rejec-
tion of the evidence upon which the reversal was predicated was not preju-
dicial in view of the other undisputed testimony. All concurred.

CHALLENGE CUTLERY CORPORATION and Another, Appellants, v. JEAN
CASE and Others, Respondents. — Order reversed, with ten dollars costs
and disbursements, and motion denied, with ten dollars costs. Held, that
in the absence of any facts or circumstances showing the necessity or pro-
priety of directing a trial by jury of questions of fact which must ulti-
mately be determined by the court at the Equity Term the Special Term
was not justified in making the order. All concurred.

PETER ROSMARK, Appellant, v. LEHIGH VALLEY RAILROAD COMPANY,
Respondent. — Order modified by striking out the words "even though
there was nothing defective about the jack or any weakness in its opera-
tion or worn condition about its teeth," and as so modified affirmed, with-
out costs of this appeal to either party. All concurred.

In the Matter of the Estate of ADDIE N. SCHILLER, Deceased. RUTH
S. MATHESON, Appellant; MYRNA SCHILLER, as Administratrix, etc.,
Respondent. — Decree reversed and proceedings remitted to the Surro-
gate's Court; but, under the circumstances, without costs. Held, that it
was error to dismiss the petition inasmuch as its allegations were in no
manner denied or put in issue. All concurred.

AMERICAN BLUE STONE COMPANY, Respondent, v. COHN CUT STONE
COMPANY, Appellant. JOSEPH M. COHN, Appellant. — Order affirmed,
with costs. All concurred.

LOUISE LA MANCHE, as Administratrix, etc., Appellant, v. AUBURN AND
SYRACUSE ELECTRIC RAILROAD COMPANY, Respondent. — Judgment
reversed and new trial granted, with costs to the appellant to abide event,
upon the authority of Brott v. Auburn & Syracuse Electric R. R. Co.
(220 N. Y. 92). All concurred.

PETER VER DINE, Respondent, v. HERBERT JOHNCOX, Appellant. —
Judgment and order affirmed, with costs. All concurred.

MARY KERN, Respondent, v. INTERNATIONAL RAILWAY COMPANY,
Appellant. — Judgment and order affirmed, with costs. All concurred.

MAX LEVY and Another, Respondents, v. ARTHUR A. DANCY and
Another, Appellants. — Judgment affirmed, with costs. All concurred.

JOZEFA FORYCIARZ, Respondent, v. THE PRUDENTIAL INSURANCE
COMPANY OF AMERICA, Appellant. — Judgment affirmed, with costs. All
concurred.

HORACE T. MANN, Plaintiff, v. DELAWARE, LACKAWANNA AND WEST-
ERN RAILROAD COMPANY, Appllant. HARRY M. STACEY, Respondent.
— Order affirmed. All concurred.